<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF OHIO

Case number *(if known)* _____     Chapter     **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Haney Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  Haney Graphics, Inc.**<br>**DBA  Haney Design**<br>**DBA  Haney PRC**<br>**DBA  The Packaging Microfactory** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **31-1656461** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5657 Wooster Pike**<br>**Cincinnati, OH 45227**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Hamilton**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Haney Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor   **Haney Inc.**
_____   Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____

District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

---

Debtor    **Haney Inc.**
Name                                                        Case number (*if known*)

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Haney Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 21, 2024**
                MM / DD / YYYY

**X** **/s/ Matthew Haney**                                     **Matthew Haney**
Signature of authorized representative of debtor              Printed name

Title     **CEO**

---

**18. Signature of attorney**

**X** **/s/ Eric W. Goering**                          Date **June 21, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**Eric W. Goering**
Printed name

**Goering & Goering**
Firm name

**220 West Third Street**
**Cincinnati, OH 45202**
Number, Street, City, State & ZIP Code

Contact phone     **(513) 621-0912**     Email address     **eric@goering-law.com**

**0061146 OH**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name **Haney Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 21, 2024**     X /s/ Matthew Haney
                                   Signature of individual signing on behalf of debtor

                                   **Matthew Haney**
                                   Printed name

                                   **CEO**
                                   Position or relationship to debtor

| Fill in this information to identify the case: |
|---|
| Debtor name **Haney Inc.** |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF OHIO** |
| Case number (if known): |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 650448 Dallas, TX 75265 | | **Goods and Services** | | | | $33,815.00 |
| Arnold Printing 630 Lunken Park Drive Cincinnati, OH 45226 | | goods & services | | | | $73,239.00 |
| BelFlex Staffing Network LLC PO Box 1024 Columbus, IN 47202 | | goods & services | | | | $35,602.20 |
| Buckeye Corrugated PO Box 74007171 Chicago, IL 60674 | | goods & services | | | | $57,338.50 |
| Burke & Schindler 901 Adams Crossing Cincinnati, OH 45202 | | goods & services | | | | $20,995.50 |
| Canon (formerly OCE) 12379 Collections Center Dr Chicago, IL 60693 | | goods & services | | | | $24,082.96 |
| Capital One PO Box 4069 Carol Stream, IL 60197 | | goods | | | | $40,511.00 |
| Chase Cardmember Service PO Box 6294 Carol Stream, IL 60197 | | goods & services | | | | $81,800.00 |
| Crusader Group LLC 1185 S Main Street Cheshire, CT 06410 | | MCA Loan | | $19,750.00 | $0.00 | $19,750.00 |

| Debtor | **Haney Inc.** | | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Duke Energy PO Box 1094 Charlotte, NC 28201** | | **goods & services** | | | | **$18,262.08** |
| **Equipment Finance Group 930 Pyott Road #100 Crystal Lake, IL 60014** | | **2021 Sun Centre SCSG0600XL 2021 Sun Centre SW-420** | | **$341,000.00** | **$250,000.00** | **$91,000.00** |
| **FEDEX PO Box 371461 Pittsburgh, PA 15250** | | **goods & services** | | | | **$23,441.83** |
| **Indigo America PO Box 415573 Boston, MA 02241** | | **goods & services** | | | | **$70,961.66** |
| **Instafund Advance 159-16 Union Tpke Fresh Meadows, NY 11366** | | **MCA Loan** | | **$26,982.00** | **$0.00** | **$26,982.00** |
| **LK Tech LLC (formerly Von Lehman) 2520 Harris Ave Cincinnati, OH 45212** | | **goods & services** | | | | **$15,014.89** |
| **PNC Bank National Association PO Box 5570 Cleveland, OH 44101** | | **All assets** | | **$881,512.97** | **$0.00** | **$881,512.97** |
| **PNC Equipment Finaqne Bankruptcy Dept Consumer Loan Center 2730 Liberty Avenue Pittsburgh, PA 15222** | | **All assets** | | **$852,166.86** | **$0.00** | **$852,166.86** |
| **Printing Arts 2001 West 21st Street Broadview, IL 60155** | | **goods & services** | | | | **$135,517.80** |
| **Seabrook Funding 99 Wall Street #794 New York, NY 10005** | | **MCA Loan** | | **$33,571.00** | **$0.00** | **$33,571.00** |
| **Top Tier Capital 500 W Putnam Ave #400 Greenwich, CT 06830** | | **MCA Loan** | | **$163,690.80** | **$0.00** | **$163,690.80** |

**Fill in this information to identify the case:**

Debtor name    **Haney Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ **1,965,433.22**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ **1,965,433.22**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **3,230,948.38**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ **3,183.70**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **845,638.73**

4. **Total liabilities** .......................................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $ **4,079,770.81**

**Fill in this information to identify the case:**

Debtor name      **Haney Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF OHIO

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **PNC** | **Checking** | **5109** | $0.00 |
| 3.2. | **5.3rd Bank** | **Checking** | **0811** | $65,160.84 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.        $65,160.84

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

Debtor    **Haney Inc.**                                              Case number *(If known)* _____
          Name

| 11a. 90 days old or less: | **365,573.38** | - | **0.00** = .... | **$365,573.38** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **62,708.90** | - | **62,708.90** =.... | **$0.00** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**                                                    | **$365,573.38** |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** Inventory | **Jan. 2024** | **$0.00** | **Liquidation** | **$50,000.00** |

23.    **Total of Part 5.**                                                    | **$50,000.00** |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Debtor | **Haney Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Equipment & Office Furniture | $0.00 | Appraisal | $1,101,620.00 |
| Press | $0.00 | Appraisal | $325,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $1,426,620.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2011 Toyota Sienna** | $0.00 | Appraisal | $4,500.00 |
| 47.2.  **2013 Subaru Imprezza** | $0.00 | Appraisal | $3,500.00 |
| 47.3.  **2013 Subaru Impreza** | $0.00 | Appraisal | $3,500.00 |
| 47.4.  **2015 Toyota Rav4** | $0.00 | Appraisal | $9,000.00 |

Debtor    **Haney Inc.**                                                     Case number *(If known)* _____
        _____
        Name

| 47.5. | **2021 BMW X5** | | Unknown | Replacement | $37,579.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
       machinery and equipment)**

51.    **Total of Part 8.**                                                          | $58,079.00 |

       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                           **Current value of
                                                                           debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

Debtor    **Haney Inc.** _____    Case number *(If known)* _____
       <sub>Name</sub>

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

    **Haney Inc. Retirement Plan** _____    **Unknown**

---

78.    **Total of Part 11.**    | **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Debtor | **Haney Inc.** | | Case number *(If known)* | _____ |
|---|---|---|---|---|
| | Name | | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $65,160.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $365,573.38 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $50,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,426,620.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $58,079.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,965,433.22 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,965,433.22 |

**Fill in this information to identify the case:**

Debtor name  **Haney Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Candy Capital Corp.**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**MCA Loan** | $11,241.50 | $0.00 |
| **124 Grove Ave #309**<br>**Cedarhurst, NY 11516**<br>Creditor's mailing address | Describe the lien<br>**UCC**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**5/2024**<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  Capytal**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**MCA loan** | $9,702.00 | $0.00 |
| **90 Broad Street #903**<br>**New York, NY 10004**<br>Creditor's mailing address | Describe the lien<br>**UCC**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Date debt was incurred**<br>**1/2/2024**<br>**Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |

| Debtor | Haney Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Core Funding Source** | | **Describe debtor's property that is subject to a lien** | **$13,491.00** | **Unknown** |
|---|---|---|---|---|---|
| | Creditor's Name | | MCA | | |

**8549 Wilshire Blvd #852
Rockville Centre, NY 11570**

Creditor's mailing address

**Describe the lien**
**UCC OH282229832**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**6/6/2024**

■ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Crusader Group LLC** | | **Describe debtor's property that is subject to a lien** | **$19,750.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | | MCA Loan | | |

**1185 S Main Street
Cheshire, CT 06410**

Creditor's mailing address

**Describe the lien**
**UCC OH282253025**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**6/7/2024**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Dart Capital** | | **Describe debtor's property that is subject to a lien** | **$1,000.00** | **Unknown** |
|---|---|---|---|---|---|
| | Creditor's Name | | MCA | | |

**1274 49th St #197
Brooklyn, NY 11219**

Creditor's mailing address

**Describe the lien**
**UCC OH280438388**

**Is the creditor an insider or related party?**

■ No

---

| Debtor | Haney Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/29/24**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Equipment Finance Group** | **Describe debtor's property that is subject to a lien** | **$341,000.00** | **$250,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2021 Sun Centre SCSG0600XL**<br>**2021 Sun Centre SW-420** | | |

**930 Pyott Road #100**
**Crystal Lake, IL 60014**
Creditor's mailing address

**Describe the lien**
**sale disguised as a lease**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/21**
**Last 4 digits of account number**
**3010**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **F.B.F. Capital LLC** | **Describe debtor's property that is subject to a lien** | **$7,787.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **MCA Loan** | | |

**114-116 Ditmas Ave**
**Brooklyn, NY 11218**
Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Front Capital** | **Describe debtor's property that is subject to a lien** | **$136,955.19** | **Unknown** |
|---|---|---|---|---|

---

Debtor    **Haney Inc.**                                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| Creditor's Name | **MCA Loan- all receivables** |
| **447 Broadway 2nd Floor #416** | |
| **New York, NY 10013** | |
| Creditor's mailing address | Describe the lien |
| | **UCC OH278755376 & OH278755598** |
| | **OH278755376** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ☐ No |
| **1/24 & 1/19/24+** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 **GE Evendale Emp Fed CU** | Describe debtor's property that is subject to a lien | $38,000.00 | $37,579.00 |
|---|---|---|---|
| Creditor's Name | **2021 BMW X5** | | |
| **10485 Reading Rd** | | | |
| **Cincinnati, OH 45241** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **Finance purchase** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ■ No | | |
| **10/17/23** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: | | |
| | Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.10 **Grover Capital LLC** | Describe debtor's property that is subject to a lien | $2,288.10 | $0.00 |
|---|---|---|---|
| Creditor's Name | **MCA Loan** | | |
| **1614 E 31st Street** | | | |
| **Brooklyn, NY 11234** | | | |
| Creditor's mailing address | Describe the lien | | |
| | **UCC** | | |
| | Is the creditor an insider or related party? | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | Is anyone else liable on this claim? | | |
| **Date debt was incurred** | ☐ No | | |
| **5/15/24** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  4 of 10

Debtor  **Haney Inc.**
_____
Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **HTD Leasing** | **Describe debtor's property that is subject to a lien** | $12,925.00 | Unknown |

Creditor's Name

**2022 Lincloln Nautilis**

**PO Box 30201
College Station, TX 77842**

Creditor's mailing address

**Describe the lien**

**Lease**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**5/21/2022**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Instafund Advance** | **Describe debtor's property that is subject to a lien** | $26,982.00 | $0.00 |

Creditor's Name

**MCA Loan**

**159-16 Union Tpke
Fresh Meadows, NY 11366**

Creditor's mailing address

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**5/2024**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **LLZ Capital** | **Describe debtor's property that is subject to a lien** | $1,000.00 | $0.00 |

Creditor's Name

**MCA Loan**

**238 Cedarhurst Ave
Cedarhurst, NY 11516**

Creditor's mailing address

**Describe the lien**

---

| Debtor | **Haney Inc.** | | Case number *(if known)* | |
| | Name | | | |

**UCC**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/15/24**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Parkway Advance, LLC** | Describe debtor's property that is subject to a lien | $57,926.96 | Unknown |

Creditor's Name

**400 Main St**
**Stamford, CT 06901**

Creditor's mailing address

**MCA**

**Describe the lien**
**UCC OH279946413**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/12/24**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **PNC Bank National Association** | Describe debtor's property that is subject to a lien | $881,512.97 | $0.00 |

Creditor's Name

**PO Box 5570**
**Cleveland, OH 44101**

Creditor's mailing address

**All assets**

**Describe the lien**
**UCC OH86284971 /OH86284971**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/10/2005 - 4/9/2024**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Debtor   **Haney Inc.**                                          Case number (if known) _____

_____Name_____

- ■ No
- ☐ Yes. Specify each creditor,
  including this creditor and its
  relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 6 | **PNC Equipment Finaqne** | Describe debtor's property that is subject to a lien | $852,166.86 | $0.00 |

Creditor's Name

**Bankruptcy Dept**
**Consumer Loan Center**
**2730 Liberty Avenue**
**Pittsburgh, PA 15222**

Creditor's mailing address

**All assets**

**Describe the lien**
**UCC OH100074571**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/24/06 - 4/9/24**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 7 | **Rocket Capital NY LLC** | Describe debtor's property that is subject to a lien | $34,966.00 | Unknown |

Creditor's Name

**1250 E. Hallandale Beach**
**Blvd. # 505**
**Hallandale, FL 33009**

Creditor's mailing address

**MCA Loan**

**Describe the lien**
**UCC OH 278662783**

Is the creditor an insider or related party?
- ■ No
- ☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/24**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 8 | **Seabrook Funding** | Describe debtor's property that is subject to a lien | $33,571.00 | $0.00 |

Creditor's Name

**99 Wall Street #794**
**New York, NY 10005**

Creditor's mailing address

**MCA Loan**

**Describe the lien**

---

Debtor    **Haney Inc.**                                          Case number *(if known)* _____
          Name

---

                                              **UCC**
                                              **Is the creditor an insider or related party?**
_____               ☑ No
Creditor's email address, if known             ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                     ☐ No
**5/24**                                        ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
☑ No                                           ☐ Contingent
☐ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.
_____

---

| 2.1 9 | **Shrine Capital Group** | **Describe debtor's property that is subject to a lien** | **$1,000.00** | **Unknown** |

                                              **MCA**
Creditor's Name

**100 Crosby St #404**
**New York, NY 10012**
_____               **Describe the lien**
Creditor's mailing address                     **UCC  OH281896379**
                                              **Is the creditor an insider or related party?**
                                               ☑ No
_____               ☐ Yes
Creditor's email address, if known             **Is anyone else liable on this claim?**
                                               ☑ No
**Date debt was incurred**                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**5/23/2024**
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
☑ No                                           ☐ Contingent
☐ Yes. Specify each creditor,                  ☐ Unliquidated
including this creditor and its relative        ☐ Disputed
priority.
_____

---

| 2.2 0 | **Small Business Admin-** | **Describe debtor's property that is subject to a lien** | **$572,000.00** | **Unknown** |

**United States**                              **all assets**
Creditor's Name

**409 Third Street SW**
**Washington, DC 20416**
_____               **Describe the lien**
Creditor's mailing address                     **UCC OH245522445**
                                              **Is the creditor an insider or related party?**
                                               ☑ No
_____               ☐ Yes
Creditor's email address, if known             **Is anyone else liable on this claim?**
                                               ☑ No
**Date debt was incurred**                     ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**8/18/2020**
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply

---

| Debtor | Haney Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Speedy Funding** | Describe debtor's property that is subject to a lien | $11,992.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**MCA Loan**

**300 N Main St**
**Spring Valley, NY 10977**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/24**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 2 | **Top Tier Capital** | Describe debtor's property that is subject to a lien | $163,690.80 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**MCA Loan**

**500 W Putnam Ave #400**
**Greenwich, CT 06830**

Creditor's mailing address

**Describe the lien**
**UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/2024**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $3,230,948.38 |

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor   **Haney Inc.**
_____
Name

Case number (*if known*)   _____

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **US Attorney**<br>**221 East Fourth Street**<br>**Suite 400**<br>**Cincinnati, OH 45202** | Line  __2.20__ | |

**Fill in this information to identify the case:**

Debtor name ___**Haney Inc.**_____

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF OHIO___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**State of Ohio**<br>**Department of Taxation**<br>**Attn: Bankruptcy Division P O Box 530**<br>**Columbus, OH 43216**<br><br>Date or dates debt was incurred<br>**2024**<br><br>Last 4 digits of account number _<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Sales taxes**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $3,183.70 | $3,183.70 |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Airgas**<br>**PO Box 734445**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred __2024__<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __goods & services__<br><br>Is the claim subject to offset? ☐ No  ☐ Yes | $80.89 |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Alpha-Liberty Company Inc.**<br>**PO Box 276**<br>**West Chester, OH 45071**<br><br>Date(s) debt was incurred __2024__<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __goods & service__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,080.00 |

| Debtor | Haney Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address

**Altafiber**
PO Box 748003
Cincinnati, OH 45274

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & service**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,530.36**

---

**3.4** | Nonpriority creditor's name and mailing address

**American Express**
PO Box 650448
Dallas, TX 75265

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$33,815.00**

---

**3.5** | Nonpriority creditor's name and mailing address

**Arnold Printing**
630 Lunken Park Drive
Cincinnati, OH 45226

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$73,239.00**

---

**3.6** | Nonpriority creditor's name and mailing address

**Avery Dennison Corp**
PO Box 96989
Chicago, IL 60693

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,329.86**

---

**3.7** | Nonpriority creditor's name and mailing address

**Bag-Pack Inc.**
9486 Sutton Place
Hamilton, OH 45011

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,080.51**

---

**3.8** | Nonpriority creditor's name and mailing address

**BelFlex Staffing Network LLC**
PO Box 1024
Columbus, IN 47202

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,602.20**

---

**3.9** | Nonpriority creditor's name and mailing address

**BGR, Inc**
PO Box 32160
Dept #142
Louisville, KY 40232

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,479.99**

---

| Debtor | **Haney Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,303.50**

**Bricker Graydon LLP**
**PO Box 632038**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57,338.50**

**Buckeye Corrugated**
**PO Box 74007171**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,099.87**

**Burd Brothers Inc.**
**PO Box 324**
**Batavia, OH 45103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,995.50**

**Burke & Schindler**
**901 Adams Crossing**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,082.96**

**Canon (formerly OCE)**
**12379 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,511.00**

**Capital One**

**PO Box 4069**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$668.16**

**CBTS**
**1570 Solutions Center**
**Chicago, IL 60677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Haney Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$435.07** |
|---|---|---|---|

**CDW Direct**
**PO Box 75723**
**Chicago, IL 60675**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __2024__

**Basis for the claim:**  __goods & Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$184.00** |
|---|---|---|---|

**Central Chemical**
**2801 Hutchinson McDonald Road Suite F**
**Charlotte, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __2024__

**Basis for the claim:**  __goods & services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,060.86** |
|---|---|---|---|

**Charter NEX Films Inc.**
**PO Box 809220**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __2024__

**Basis for the claim:**  __goods & services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,800.00** |
|---|---|---|---|

**Chase Cardmember Service**
**PO Box 6294**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __2024__

**Basis for the claim:**  __goods & services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,860.27** |
|---|---|---|---|

**Cintas Corporation**
**PO Box 630803**
**Cincinnati, OH 45263-1388**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __2024__

**Basis for the claim:**  __goods & services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$388.76** |
|---|---|---|---|

**Cintas First Aid & Safety**
**PO Box 631025**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __2024__

**Basis for the claim:**  __goods & services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,573.58** |
|---|---|---|---|

**City Dash Inc**
**949 Laidlaw Ave**
**Cincinnati, OH 45237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  __2024__

**Basis for the claim:**  __goods & services__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Haney Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,505.29** |
|---|---|---|
| **Classic Color Inc.**<br>**2424 South 25th Ave**<br>**Broadview, IL 60155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __goods & services__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$188.50** |
|---|---|---|
| **Conversource**<br>**1510 Page Industrial Road**<br>**Saint Louis, MO 63132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __goods & services__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,778.46** |
|---|---|---|
| **CorrChoice**<br>**Greif Receivables Funding, LLC**<br>**PO Box 779214**<br>**Chicago, IL 60677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __goods & services__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,775.00** |
|---|---|---|
| **Corsmeier Industrial Inc.**<br>**5841 Dry Fork Road**<br>**Cleves, OH 45002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __goods & services__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$68.02** |
|---|---|---|
| **Culligan of Fairfield**<br>**3215 Homeward Way**<br>**Fairfield, OH 45014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __goods & services__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,480.25** |
|---|---|---|
| **Curbell Plastics Inc.**<br>**14746 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __goods & services__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,189.75** |
|---|---|---|
| **Custom Foam Products**<br>**401 South main Street, PO Box 288**<br>**Fort Loramie, OH 45845** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __goods & services__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Haney Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Customformed Products Inc.**
**645 Precision Court**
**Miamisburg, OH 45342**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,049.44**

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Deer Park Roofing**
**7201 Blue Ash Road**
**Cincinnati, OH 45236**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,638.68**

---

**3.33** | **Nonpriority creditor's name and mailing address**
**Dial One Security, Inc**
**6114 Madison Road**
**Cincinnati, OH 45227**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$80.85**

---

**3.34** | **Nonpriority creditor's name and mailing address**
**Domino North America**
**3809 Collection Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$486.56**

---

**3.35** | **Nonpriority creditor's name and mailing address**
**Duke Energy**
**PO Box 1094**
**Charlotte, NC 28201**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,262.08**

---

**3.36** | **Nonpriority creditor's name and mailing address**
**Equipment Finance Group**
**200 Clark Street**
**Dayton, KY 41074**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,485.66**

---

**3.37** | **Nonpriority creditor's name and mailing address**
**Evendale Chamber of Commerce**
**PO Box 62839**
**Cincinnati, OH 45262**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

| Debtor | **Haney Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,441.83** |
|---|---|---|---|

**FEDEX**
**PO Box 371461**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  goods & services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$676.42** |
|---|---|---|---|

**FedEx Freight**
**PO Box 223125**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  goods & services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Fifth Third Bank**
**PO Box 740778**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  overdraft**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,893.34** |
|---|---|---|---|

**Flex Films USA Inc.**
**1221 North Black Branch Road**
**Elizabethtown, KY 42701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  goods & services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,358.57** |
|---|---|---|---|

**Futamura**
**PO Box 950458**
**Saint Louis, MO 63195**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  goods & services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,375.34** |
|---|---|---|---|

**FuturePlan (formerly Goldleaf Partners)**
**23693 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  goods & services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,140.47** |
|---|---|---|---|

**General Data Co Inc.**
**PO Box 640558**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  goods & services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Haney Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,934.52** |
|---|---|---|---|

**Grainger Inc**
**Dept 846753549**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,594.84** |
|---|---|---|---|

**Graphic Village**
**4440 Creek Road**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$846.16** |
|---|---|---|---|

**Greater Cincinnati Water Works**
**PO Box 740689**
**Cincinnati, OH 45274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,276.36** |
|---|---|---|---|

**HB Fuller Company**
**PO Box 538349**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,550.93** |
|---|---|---|---|

**Hertiage-Crystal Clean LLC**
**13621 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,884.23** |
|---|---|---|---|

**Houston Poly**
**11726 Holderrieth Road**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$419.50** |
|---|---|---|---|

**Human Resource Profile Inc.**
**8506 Beechmont Ave**
**Cincinnati, OH 45255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Haney Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.00 |
|---|---|---|---|

**Hunter Consulting Company**
**6600 Clough Pike**
**Cincinnati, OH 45254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,961.66 |
|---|---|---|---|

**Indigo America**
**PO Box 415573**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,386.79 |
|---|---|---|---|

**JFA LLC**
**411 Pegasus Pkwy**
**Lagrange, GA 30240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.00 |
|---|---|---|---|

**K.E. Warehousing & Trucking**
**3710 Jonlen Drive**
**Cincinnati, OH 45227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,198.00 |
|---|---|---|---|

**Keating Muething Klekamp**
**One East Fourth Street #1400**
**Cincinnati, OH 45202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72.68 |
|---|---|---|---|

**Kongsberg Precision Cutting Systems**
**8535 Gander Creek Drive, Suite B**
**Miamisburg, OH 45342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Liam Brand**
**William Wickert**
**6147 Dornoch Lane**
**Loveland, OH 45140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Haney Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$994.17**

**Lincoln Automotive Financial Services**
**PO Box 650575**
**Dallas, TX 75265**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,014.89**

**LK Tech LLC (formerly Von Lehman)**
**2520 Harris Ave**
**Cincinnati, OH 45212**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$470.68**

**Mark Andy Print Products**
**7561 Solutions Center**
**Chicago, IL 60677**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703.23**

**McMaster-Carr Supply Co**
**PO Box 7690**
**Chicago, IL 60680**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,998.00**

**Micro Center**
**340 Snyder Ave**
**Berkeley Heights, NJ 07922**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$619.90**

**Midwestern Services Division Inc**
**3984 Bach Buxton Road**
**Amelia, OH 45102**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$527.67**

**Navis Industries**
**501 Davis Road**
**Elgin, IL 60123**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Haney Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.66** | **Nonpriority creditor's name and mailing address**

**Nobelus LLC**
**PO Box 825584**
**Philadelphia, PA 19182**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods & services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,113.63**

---

**3.67** | **Nonpriority creditor's name and mailing address**

**Nordmeccanica NA LTD**
**155 Ricefield Lane**
**Hauppauge, NY 11788**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods & services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,130.00**

---

**3.68** | **Nonpriority creditor's name and mailing address**

**Ominous Enterprises Inc.**
**5103 Oak Brook Drive**
**Cincinnati, OH 45244**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.69** | **Nonpriority creditor's name and mailing address**

**On Line Design Inc.**
**12059 Sheraton Lane**
**Cincinnati, OH 45246**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods & services**

Is the claim subject to offset? ■ No ☐ Yes

**$14,824.46**

---

**3.70** | **Nonpriority creditor's name and mailing address**

**Osterwisch Co**
**6755 Highland Ave**
**Cincinnati, OH 45236**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods & services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,153.25**

---

**3.71** | **Nonpriority creditor's name and mailing address**

**Polykar**
**5637 Rue Kleran**
**St-Laurent QC H4S OA3**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods & services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,340.48**

---

**3.72** | **Nonpriority creditor's name and mailing address**

**Printing Arts**
**2001 West 21st Street**
**Broadview, IL 60155**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **goods & services**

Is the claim subject to offset? ■ No ☐ Yes

**$135,517.80**

---

| Debtor | **Haney Inc.** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$515.15** |
| --- | --- | --- | --- |

**Progressive Service Die Company**
**226 White Street**
**Jacksonville, NC 28546**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$389.42** |
| --- | --- | --- | --- |

**PureWater Partners**
**PO Box 24445**
**Seattle, WA 98124**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,056.84** |
| --- | --- | --- | --- |

**QSPAC Industries Inc.**
**15020 Marquardt Ave**
**Santa Fe Springs, CA 90670**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,540.80** |
| --- | --- | --- | --- |

**Queen City Pallets Inc.**
**7744 Reinhold Drive**
**Cincinnati, OH 45237**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,076.66** |
| --- | --- | --- | --- |

**R&L Carriers**
**Attn: AR/Depart**
**PO Box 10020**
**Port William, OH 45164**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00** |
| --- | --- | --- | --- |

**R&L Truckload Services**
**BOA Lockbox Services**
**Lockbox 74008195**
**Chicago, IL 60674**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,007.90** |
| --- | --- | --- | --- |

**Red Express**
**PO Box 932**
**Covington, KY 41012**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods & services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Haney Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$607.62** |
|---|---|---|---|

**RotoMetrics**
**PO Box 6354**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.15** |
|---|---|---|---|

**Rumpke of Ohio**
**PO Box 538709**
**Cincinnati, OH 45253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,594.61** |
|---|---|---|---|

**S-One Labels & Packaging LLC**
**PO Box 747058**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.72** |
|---|---|---|---|

**Sam's Club**
**PO Box 530981**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,447.36** |
|---|---|---|---|

**SGS North America Inc.**
**Citibank**
**PO Box 2502**
**Carol Stream, IL 60132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,923.84** |
|---|---|---|---|

**Spinnaker Coating**
**PO Box 748471**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.39** |
|---|---|---|---|

**Sun Centre USA Inc.**
**Attn: James Pease**
**930 Pyott Road #100**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Haney Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00**

**Superpac**
**PO Box 189+**
**Southampton, PA 18966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,222.52**

**Supply Post (formerly Paperworks)**
**11365 Deerfield Road**
**Cincinnati, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,099.56**

**Supreme Scapes**
**3807 Round Bottom Road**
**Cincinnati, OH 45244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,752.83**

**Terminix**
**4455 Salzman Road**
**Middletown, OH 45044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,850.00**

**TQL**
**PO Box 634558**
**Cincinnati, OH 45263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,526.56**

**TRIGON Imaging Systems**
**575 Chamber Drive**
**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,126.98**

**Uline**
**PO Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  goods & services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Haney Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $320.84 |
|---|---|---|---|

**UniFirst Corp**
**PO Box 650481**
**Dallas, TX 75265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**WageWorks Inc.**
**PO Box 8363**
**Pasadena, CA 91109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,199.00 |
|---|---|---|---|

**Xerox Financial Services LLC**
**PO Box 202882**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $633.51 |
|---|---|---|---|

**Yazoo Mills Inc.**
**305 Commerce Street, PO Box 369**
**New Oxford, PA 17350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,488.29 |
|---|---|---|---|

**ZED Industries Inc.**
**PO Box 100434**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **goods & services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ohio Attorney General**<br>**30 E Broad Street**<br>**14th Floor**<br>**Columbus, OH 43215** | Line **2.1**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 3,183.70 |
| 5b. Total claims from Part 2 | 5b. | + $ | 845,638.73 |

Debtor    **Haney Inc.**
_____    Case number (*if known*) _____
          Name

**5c. Total of Parts 1 and 2**                                                5c.    $ _____ **848,822.43**
   Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name  **Haney Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF OHIO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **lease at 5657 Wooster Pike -** |
| State the term remaining | **5657 Wooster Pike LLC** |
| List the contract number of any government contract | **Jeffrey Coffaro, President** <br> **5555 Murray Road** <br> **Cincinnati, OH 45227** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** |
| State the term remaining | |
| List the contract number of any government contract | **Candy Capital Corp.** <br> **124 Grove Ave #309** <br> **Cedarhurst, NY 11516** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** |
| State the term remaining | |
| List the contract number of any government contract | **Capytal** <br> **90 Broad Street #903** <br> **New York, NY 10004** |

Debtor 1    **Haney Inc.**
      First Name           Middle Name         Last Name                Case number (if known)

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **This executory contract to draft funds from account and in future receivables is hereby rejected.**<br><br>**Core Funding Source**<br>**8549 Wilshire Blvd. #852**<br>**Beverly Hills, CA 90211** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **This executory contract to draft funds from account and in future receivables is hereby rejected.**<br><br>**Crusader Group LLC**<br>**1185 S Main Street**<br>**Cheshire, CT 06410** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **This executory contract to draft funds from account and in future receivables is hereby rejected.**<br><br>**F.B.F. Capital LLC**<br>**114-116 Ditmas Ave**<br>**Brooklyn, NY 11218** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **This executory contract to draft funds from account and in future receivables is hereby rejected.**<br><br>**Fox Business Funding**<br>**140 Broadway Floor 46**<br>**New York, NY 10005** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **This executory contract to draft funds from account and in future receivables is hereby rejected.**<br><br>**Front Capital**<br>**447 Broadway 2nd Floor #416**<br>**New York, NY 10013** |

Debtor 1  **Haney Inc.**
_____    Case number _(if known)_ _____
First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.9.  State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** |
|  State the term remaining |  |
|  List the contract number of any government contract | **Gold Capital**<br>**2350 Coney Island Ave**<br>**Brooklyn, NY 11223-5002** |
| 2.10.  State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** |
|  State the term remaining |  |
|  List the contract number of any government contract | **Grover Capital LLC**<br>**1614 E 31st Street**<br>**Brooklyn, NY 11234** |
| 2.11.  State what the contract or lease is for and the nature of the debtor's interest | **lease of 2022 Lincoln Nautilis** |
|  State the term remaining | **13 months** |
|  List the contract number of any government contract | **HTD Leasing**<br>**PO Box 30201**<br>**College Station, TX 77842** |
| 2.12.  State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** |
|  State the term remaining |  |
|  List the contract number of any government contract | **Instafund Advance**<br>**159-16 Union Tpke**<br>**Fresh Meadows, NY 11366** |
| 2.13.  State what the contract or lease is for and the nature of the debtor's interest | **Debtor has a contract with JP morgan Chase to factor the receivable from P&G.  This executory contract is hereby accepted.** |
|  State the term remaining |  |
|  List the contract number of any government contract | **JPMorgan Chase**<br>**10 South Dearborn 6th Floor**<br>**Chicago, IL 60603** |

Debtor 1    **Haney Inc.**                                                                          Case number (*if known*) _____
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** |
| State the term remaining | |
| List the contract number of any government contract | **LLZ Capital 238 Cedarhurst Ave Cedarhurst, NY 11516** |
| 2.15. State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** |
| State the term remaining | |
| List the contract number of any government contract | **Parkview Advance 600 Summer Street Stamford, CT 06901** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** |
| State the term remaining | |
| List the contract number of any government contract | **Proventure Capital 99 Wall Street #576 New York, NY 10005** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** |
| State the term remaining | |
| List the contract number of any government contract | **Rocket Capital NY LLC 1250 E. Hallandale Beach Blvd. # 505 Hallandale, FL 33009** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** |
| State the term remaining | |
| List the contract number of any government contract | **Seabrook Funding 99 Wall Street #794 New York, NY 10005** |

| Debtor 1 | **Haney Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Speedy Funding**<br>**300 N Main St**<br>**Spring Valley, NY 10977** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **This executory contract to draft funds from account and in future receivables is hereby rejected.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Top Tier Capital**<br>**500 W Putnam Ave #400**<br>**Greenwich, CT 06830** |

**Fill in this information to identify the case:**

Debtor name    **Haney Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Dan Haney** | **9168 Withers Lane**<br>**Cincinnati, OH 45242** | **Candy Capital Corp.** | ■ D    **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Dan Haney** | **9168 Withers Lane**<br>**Cincinnati, OH 45242** | **Front Capital** | ■ D    **2.8**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **Dan Haney** | **9168 Withers Lane**<br>**Cincinnati, OH 45242** | **Instafund Advance** | ■ D    **2.12**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Dan Haney** | **9168 Withers Lane**<br>**Cincinnati, OH 45242** | **Crusader Group LLC** | ■ D    **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Dan Haney** | **9168 Withers Lane**<br>**Cincinnati, OH 45242** | **Rocket Capital NY LLC** | ■ D    **2.17**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Haney Inc.** | Case number *(if known)* | |
|---|---|---|---|

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Dan Haney** | 9168 Withers Lane<br>Cincinnati, OH 45242 | **Seabrook Funding** | ■ D __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Dan Haney** | 9168 Withers Lane<br>Cincinnati, OH 45242 | **PNC Bank National Association** | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Dan Haney** | 9168 Withers Lane<br>Cincinnati, OH 45242 | **PNC Equipment Finaqne** | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **Candy Capital Corp.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **F.B.F. Capital LLC** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **Front Capital** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **Grover Capital LLC** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **Top Tier Capital** | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Haney Inc.** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.14 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **Instafund Advance** | ■ D ___2.12___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **Crusader Group LLC** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **Speedy Funding** | ■ D ___2.21___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **LLZ Capital** | ■ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **Rocket Capital NY LLC** | ■ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **Seabrook Funding** | ■ D ___2.18___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **PNC Bank National Association** | ■ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Matt Haney** | 2813 Deerhaven Drive<br>Cincinnati, OH 45244 | **PNC Equipment Finaqne** | ■ D ___2.16___<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Haney Inc.**_____   Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** |
|---|---|---|

2.22   **VIA Alliance LLC**       **5657 Wooster Pike**
                    **Cincinnati, OH 45227**

**PNC Equipment Finaqne**

■ D ___**2.16**___
☐ E/F _____
☐ G _____

2.23   **VIA Alliance LLC**       **5657 Wooster Pike**
                    **Cincinnati, OH 45227**

**PNC Bank National Association**

■ D ___**2.15**___
☐ E/F _____
☐ G _____

**Fill in this information to identify the case:**

Debtor name    **Haney Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF OHIO

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,584,181.00** |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$5,828,702.00** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$7,360,261.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor   **Haney Inc.**                                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Crusader Group LLC**<br>**1185 S Main Street**<br>**Cheshire, CT 06410** | **6/17/24,**<br>**6/18/24,**<br>**6/21/24** | **$11,250.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Parkview Advance**<br>**600 Summer Street**<br>**Stamford, CT 06901** | **6/17/24,**<br>**6/18/24,**<br>**6/21/24** | **$35,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Multiple Creditors** | **Past 90 days** | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **AP's & MCA loans to be amended** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Haney Inc.**                                         Case number *(if known)*

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<br>

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Debtor | Haney Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

### Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

### Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Haney, Inc. Retirement Plan** | EIN:  **31-1656461** |

Has the plan been terminated?

■ No

☐ Yes

---

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

| Debtor | Haney Inc. | Case number *(if known)* | |
|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **Haney Inc.**                                              Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Burke & Schindler**<br>**901 Adams Crossing**<br>**Cincinnati, OH 45202** | **Past 25 years** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Burke & Schindler**<br>**901 Adams Crossing**<br>**Cincinnati, OH 45202** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1.  **PNC Bank National Association**<br>**PO Box 5570**<br>**Cleveland, OH 44101** |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Haney Inc.**                                                                Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dan Haney** | **9168 Withers Lane**<br>**Cincinnati, OH 45242** | **CEO** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Matt Haney** | **2813 Deerhaven Drive**<br>**Cincinnati, OH 45244** | **CFO** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Dan Haney**<br>**9168 Withers Lane**<br>**Cincinnati, OH 45242** | **Salary of $ 98,800 plus benefits** | **past year** | **Salary** |
| | **Relationship to debtor**<br>**President** | | | |
| 30.2. | **Matt Haney**<br>**2813 Deerhaven Drive**<br>**Cincinnati, OH 45244** | **$ 98,800 plus benefits** | **past year** | **Salary plus benefits.** |
| | **Relationship to debtor**<br>**CEO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Haney, 401K** | **EIN:** |

Debtor    **Haney Inc.**                                                 Case number *(if known)* _____

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2024**

**/s/ Matthew Haney**                                                **Matthew Haney**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Ohio

In re **Haney Inc.** _____   Case No. _____

Debtor(s)                        Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____ $ _____**28,202.50**

   Prior to the filing of this statement I have received _____ $ _____**28,202.50**

   Balance Due _____ $ _____**0.00**

2. $ __**1,738.00**__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor        ■ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Any adversary proceeding, redemption litigation, real estate work, or other non-bankruptcy services.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 21, 2024**                               **/s/ Eric W. Goering**
_Date_                                          **Eric W. Goering**
                                                _Signature of Attorney_
                                                **Goering & Goering**
                                                **220 West Third Street**
                                                **Cincinnati, OH 45202**
                                                **(513) 621-0912**
                                                **eric@goering-law.com**
                                                _Name of law firm_

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Haney Inc.**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 21, 2024**

Signature    **/s/ Matthew Haney**

**Matthew Haney**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

5657 Wooster Pike LLC
Jeffrey Coffaro, President
5555 Murray Road
Cincinnati, OH 45227

Airgas
PO Box 734445
Chicago, IL 60673

Alpha-Liberty Company Inc.
PO Box 276
West Chester, OH 45071

Altafiber
PO Box 748003
Cincinnati, OH 45274

American Express
PO Box 650448
Dallas, TX 75265

Arnold Printing
630 Lunken Park Drive
Cincinnati, OH 45226

Avery Dennison Corp
PO Box 96989
Chicago, IL 60693

Bag-Pack Inc.
9486 Sutton Place
Hamilton, OH 45011

BelFlex Staffing Network LLC
PO Box 1024
Columbus, IN 47202

BGR, Inc
PO Box 32160
Dept #142
Louisville, KY 40232

Bricker Graydon LLP
PO Box 632038
Cincinnati, OH 45263

Buckeye Corrugated
PO Box 74007171
Chicago, IL 60674

Burd Brothers Inc.
PO Box 324
Batavia, OH 45103

Burke & Schindler
901 Adams Crossing
Cincinnati, OH 45202

Candy Capital Corp.
124 Grove Ave #309
Cedarhurst, NY 11516

Canon (formerly OCE)
12379 Collections Center Dr
Chicago, IL 60693

Capital One
PO Box 4069
Carol Stream, IL 60197

Capytal
90 Broad Street #903
New York, NY 10004

CBTS
1570 Solutions Center
Chicago, IL 60677

CDW Direct
PO Box 75723
Chicago, IL 60675

Central Chemical
2801 Hutchinson McDonald Road Suite F
Charlotte, NC 28269

Charter NEX Films Inc.
PO Box 809220
Chicago, IL 60680

Chase Cardmember Service
PO Box 6294
Carol Stream, IL 60197

Cintas Corporation
PO Box 630803
Cincinnati, OH 45263-1388

Cintas First Aid & Safety
PO Box 631025
Cincinnati, OH 45263

City Dash Inc
949 Laidlaw Ave
Cincinnati, OH 45237

Classic Color Inc.
2424 South 25th Ave
Broadview, IL 60155

Conversource
1510 Page Industrial Road
Saint Louis, MO 63132

Core Funding Source
8549 Wilshire Blvd #852
Rockville Centre, NY 11570

Core Funding Source
8549 Wilshire Blvd. #852
Beverly Hills, CA 90211

CorrChoice
Greif Receivables Funding, LLC
PO Box 779214
Chicago, IL 60677

Corsmeier Industrial Inc.
5841 Dry Fork Road
Cleves, OH 45002

Crusader Group LLC
1185 S Main Street
Cheshire, CT 06410

Culligan of Fairfield
3215 Homeward Way
Fairfield, OH 45014

Curbell Plastics Inc.
14746 Collections Center Drive
Chicago, IL 60693

Custom Foam Products
401 South main Street, PO Box 288
Fort Loramie, OH 45845

Customformed Products Inc.
645 Precision Court
Miamisburg, OH 45342

Dan Haney
9168 Withers Lane
Cincinnati, OH 45242

Dart Capital
1274 49th St #197
Brooklyn, NY 11219

Deer Park Roofing
7201 Blue Ash Road
Cincinnati, OH 45236

Dial One Security, Inc
6114 Madison Road
Cincinnati, OH 45227

Domino North America
3809 Collection Center Drive
Chicago, IL 60693

Duke Energy
PO Box 1094
Charlotte, NC 28201

Equipment Finance Group
200 Clark Street
Dayton, KY 41074

Equipment Finance Group
930 Pyott Road #100
Crystal Lake, IL 60014

Evendale Chamber of Commerce
PO Box 62839
Cincinnati, OH 45262

F.B.F. Capital LLC
114-116 Ditmas Ave
Brooklyn, NY 11218

FEDEX
PO Box 371461
Pittsburgh, PA 15250

FedEx Freight
PO Box 223125
Pittsburgh, PA 15251

Fifth Third Bank
PO Box 740778
Cincinnati, OH 45274

Flex Films USA Inc.
1221 North Black Branch Road
Elizabethtown, KY 42701

Fox Business Funding
140 Broadway Floor 46
New York, NY 10005

Front Capital
447 Broadway 2nd Floor #416
New York, NY 10013

Futamura
PO Box 950458
Saint Louis, MO 63195

FuturePlan (formerly Goldleaf Partners)
23693 Network Place
Chicago, IL 60673

GE Evendale Emp Fed CU
10485 Reading Rd
Cincinnati, OH 45241

General Data Co Inc.
PO Box 640558
Cincinnati, OH 45264

Gold Capital
2350 Coney Island Ave
Brooklyn, NY 11223-5002

Grainger Inc
Dept 846753549
Palatine, IL 60038-0001

Graphic Village
4440 Creek Road
Cincinnati, OH 45242

Greater Cincinnati Water Works
PO Box 740689
Cincinnati, OH 45274

Grover Capital LLC
1614 E 31st Street
Brooklyn, NY 11234

HB Fuller Company
PO Box 538349
Atlanta, GA 30353

Hertiage-Crystal Clean LLC
13621 Collections Center Drive
Chicago, IL 60693

Houston Poly
11726 Holderrieth Road
Tomball, TX 77375

HTD Leasing
PO Box 30201
College Station, TX 77842

Human Resource Profile Inc.
8506 Beechmont Ave
Cincinnati, OH 45255

Hunter Consulting Company
6600 Clough Pike
Cincinnati, OH 45254

Indigo America
PO Box 415573
Boston, MA 02241

Instafund Advance
159-16 Union Tpke
Fresh Meadows, NY 11366

JFA LLC
411 Pegasus Pkwy
Lagrange, GA 30240

JPMorgan Chase
10 South Dearborn 6th Floor
Chicago, IL 60603

K.E. Warehousing & Trucking
3710 Jonlen Drive
Cincinnati, OH 45227

Keating Muething Klekamp
One East Fourth Street #1400
Cincinnati, OH 45202

Kongsberg Precision Cutting Systems
8535 Gander Creek Drive, Suite B
Miamisburg, OH 45342

Liam Brand
William Wickert
6147 Dornoch Lane
Loveland, OH 45140

Lincoln Automotive Financial Services
PO Box 650575
Dallas, TX 75265

LK Tech LLC (formerly Von Lehman)
2520 Harris Ave
Cincinnati, OH 45212

LLZ Capital
238 Cedarhurst Ave
Cedarhurst, NY 11516

Mark Andy Print Products
7561 Solutions Center
Chicago, IL 60677

Matt Haney
2813 Deerhaven Drive
Cincinnati, OH 45244

McMaster-Carr Supply Co
PO Box 7690
Chicago, IL 60680

Micro Center
340 Snyder Ave
Berkeley Heights, NJ 07922

Midwestern Services Division Inc
3984 Bach Buxton Road
Amelia, OH 45102

Navis Industries
501 Davis Road
Elgin, IL 60123

Nobelus LLC
PO Box 825584
Philadelphia, PA 19182

Nordmeccanica NA LTD
155 Ricefield Lane
Hauppauge, NY 11788

Ohio Attorney General
30 E Broad Street
14th Floor
Columbus, OH 43215

Ominous Enterprises Inc.
5103 Oak Brook Drive
Cincinnati, OH 45244

On Line Design Inc.
12059 Sheraton Lane
Cincinnati, OH 45246

Osterwisch Co
6755 Highland Ave
Cincinnati, OH 45236

Parkview Advance
600 Summer Street
Stamford, CT 06901

Parkway Advance, LLC
400 Main St
Stamford, CT 06901

PNC Bank National Association
PO Box 5570
Cleveland, OH 44101

PNC Equipment Finaqne
Bankruptcy Dept
Consumer Loan Center 2730 Liberty Avenue
Pittsburgh, PA 15222

Polykar
5637 Rue Kleran
St-Laurent QC H4S OA3

Printing Arts
2001 West 21st Street
Broadview, IL 60155

Progressive Service Die Company
226 White Street
Jacksonville, NC 28546

Proventure Capital
99 Wall Street #576
New York, NY 10005

PureWater Partners
PO Box 24445
Seattle, WA 98124

QSPAC Industries Inc.
15020 Marquardt Ave
Santa Fe Springs, CA 90670

Queen City Pallets Inc.
7744 Reinhold Drive
Cincinnati, OH 45237

R&L Carriers
Attn: AR/Depart
PO Box 10020
Port William, OH 45164

R&L Truckload Services
BOA Lockbox Services
Lockbox 74008195
Chicago, IL 60674

Red Express
PO Box 932
Covington, KY 41012

Rocket Capital NY LLC
1250 E. Hallandale Beach Blvd. # 505
Hallandale, FL 33009

RotoMetrics
PO Box 6354
Carol Stream, IL 60197

Rumpke of Ohio
PO Box 538709
Cincinnati, OH 45253

S-One Labels & Packaging LLC
PO Box 747058
Atlanta, GA 30374

Sam's Club
PO Box 530981
Atlanta, GA 30353

Seabrook Funding
99 Wall Street #794
New York, NY 10005

SGS North America Inc.
Citibank
PO Box 2502
Carol Stream, IL 60132

Shrine Capital Group
100 Crosby St #404
New York, NY 10012

Small Business Admin- United States
409 Third Street SW
Washington, DC 20416

Speedy Funding
300 N Main St
Spring Valley, NY 10977

Spinnaker Coating
PO Box 748471
Atlanta, GA 30374

State of Ohio
Department of Taxation
Attn: Bankruptcy Division P O Box 530
Columbus, OH 43216

Sun Centre USA Inc.
Attn: James Pease
930 Pyott Road #100
Crystal Lake, IL 60014

Superpac
PO Box 189+
Southampton, PA 18966

Supply Post (formerly Paperworks)
11365 Deerfield Road
Cincinnati, OH 45242

Supreme Scapes
3807 Round Bottom Road
Cincinnati, OH 45244

Terminix
4455 Salzman Road
Middletown, OH 45044

Top Tier Capital
500 W Putnam Ave #400
Greenwich, CT 06830

TQL
PO Box 634558
Cincinnati, OH 45263

TRIGON Imaging Systems
575 Chamber Drive
Milford, OH 45150

Uline
PO Box 88741
Chicago, IL 60680

UniFirst Corp
PO Box 650481
Dallas, TX 75265

US Attorney
221 East Fourth Street
Suite 400
Cincinnati, OH 45202

VIA Alliance LLC
5657 Wooster Pike
Cincinnati, OH 45227

WageWorks Inc.
PO Box 8363
Pasadena, CA 91109

Xerox Financial Services LLC
PO Box 202882
Dallas, TX 75320

Yazoo Mills Inc.
305 Commerce Street, PO Box 369
New Oxford, PA 17350

ZED Industries Inc.
PO Box 100434
Atlanta, GA 30384

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Haney Inc.**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Haney Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 21, 2024**

Date

**/s/ Eric W. Goering**

**Eric W. Goering**

Signature of Attorney or Litigant

Counsel for    **Haney Inc.**

**Goering & Goering**
**220 West Third Street**
**Cincinnati, OH 45202**
**(513) 621-0912**
**eric@goering-law.com**