**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (CINCINNATI)**

| | |
|---|---|
| IN RE: | Case No. 24-11405 |
| HANEY, INC. | Chapter 11 |
| Debtor and Debtor in Possession | Judge Beth A. Buchanan |

**APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT OF RYAN F. HEMMERLE AS ATTORNEY FOR THE DEBTOR**

Haney Inc. (the "Debtor") hereby applies (this "Application") for an order authorizing the employment of Ryan F. Hemmerle ("Hemmerle") and the firm Strauss Troy ("Strauss Troy") as counsel to the Debtor. In support of this Application, the Debtor submits the affidavit of Ryan F. Hemmerle (the "Hemmerle Affidavit"), attached hereto as **Exhibit A**, and respectfully states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory predicates for the relief sought in this Application are sections 105, 327, 328 and 1107 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the

1

Local Bankruptcy Rules for the United States Bankruptcy Court for the Southern District of Ohio (the "Local Rules").

## BACKGROUND

4. On June 21, 2024 (the "Petition Date"), the Debtor filed with this Court a voluntary petition (the "Case") pursuant to chapter 11 of the Bankruptcy Code.

5. The Debtor is an Ohio Corporation that operates a specialized small-batch packaging company.

## RELIEF REQUESTED

6. By this Application, the Debtor seeks authority, pursuant to sections 105, 327(e) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Rule 2014-1, to retain and employ Hemmerle as counsel for the purposes of negotiating the sale of equipment.

## BASIS FOR RELIEF REQUESTED

7. Under section 327(e) of the Bankruptcy Code, a debtor is authorized, subject to Court approval, to employ professional persons "for a specified special purpose, other than to represent the trustee in conducting the case". 11 U.S.C. § 327(e). Under section 328(a) of the Bankruptcy Code, the debtor may employ professional persons under section 327(e) of the Bankruptcy Code "on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed or percentage fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

8. Pursuant to 11 U.S.C. § 1107, the debtor in possession has all rights, other than for compensation, of a trustee.

### I. Selection of Hemmerle

9. The Debtor has determined, in the exercise of its business judgment, that it requires the services of experienced legal counsel to assist with the sale of business equipment and general business matters while the Debtor is in this chapter 11 case. The Debtor believes the proceeds from the sale of the equipment and the general business consultation will result in a benefit to the estate.

10. The Debtor desires to employ Hemmerle and Strauss Troy as counsel. The Debtor selected Hemmerle because of his experience and professional reputation in representing parties in commercial work-out transactions and liquidations. The Debtor believes that the employment of Hemmerle as special counsel is in the best interest of the estate and should be approved by this Court.

### II. Services to Be Rendered

11. As counsel, Hemmerle may provide the following services to the Debtor, among other things: (a) assisting with the development of goals, objectives and financial parameters for any transactions involving the sale of business equipment; (b) preparation of relevant sale agreements and negotiating the release of any financing statements and fixture filings; and (c) representation of the Debtor in any general contract and business matters.

### III. Disclosure of Compensation

12. Subject to the Court's approval, the Debtor proposes to compensate Hemmerle for his services as set forth in the attached affidavit.

13. In addition, the Debtor has agreed, subject to Court approval, to pay a $2,000 retainer to Strauss Troy.

    **I.**        <u>**Disinterestedness of Professional**</u>

14. To the best of the Debtor's knowledge, and as disclosed herein and in the Hemmerle Affidavit, (a) Hemmerle is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(e) of the Bankruptcy Code, and does not hold or represent an interest adverse to the estate, and (b) Hemmerle has no connection to the Debtor, its creditors or other parties in interest, except as may be disclosed in the Hemmerle Affidavit.

15. Hemmerle will review the files periodically during this chapter 11 case to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, Hemmerle will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## WAIVER OF REQUIREMENT TO FILE MEMORANDUM OF LAW

16. The Debtor submits that this Application does not present any novel issues of law requiring briefing. Therefore, the Debtor requests that this Court waive the requirement pursuant to Local Rule 9013-1 for a memorandum in support of this Application.

## NO PRIOR REQUEST

17. No prior request for the relief sought in this Application has been made to this Court or any other court.

## **CONCLUSION**

**WHEREFORE**, the Debtor respectfully requests entry of an order authorizing and approving the employment of Ryan F. Hemmerle as special counsel to the Debtor.

DATED: September 17, 2024

>Respectfully submitted,
>
>*/s/ Eric W. Goering*
>Eric W. Goering, #0061146
>Robert A. Goering, # 0003884
>Alexis Mize, #0090723
>GOERING & GOERING, LLC
>220 West Third Street
>Cincinnati, Ohio 45202
>
>*Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Haney, Inc. | ) | Case No. 24-11405 |
| | ) | |
| Debtor. | ) | Honorable Beth A. Buchanan |

**NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING
EMPLOYMENT OF RICHARD HEMMERLE AS ATTORNEY FOR DEBTOR**

Haney, Inc. has entered the Debtor's *Application for an Order Authorizing and Approving Employment of Ryan F. Hemmerle.*

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion/objection, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion/objection, you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to:

> Clerk, U.S. Bankruptcy Court
> Atrium Two, Suite 800
> 221 E. Fourth St.
> Cincinnati, Ohio 45202

OR your attorney must file a response using the court's ECF System.

The court must receive your response on or before 10/09/24

You must also send a copy of your response either by

6

1) the court's ECF System or by

2) regular U.S. Mail to:

>Eric W. Goering
>Counsel for the Debtor
>220 West Third Street
>Cincinnati, Ohio 45202
>
>U.S. Trustee
>J.W. Peck Federal Building
>550 Main Street
>Room 4-812
>Cincinnati, Ohio 45202
>
>James Coutinho
>Allen Stoval Neuman & Ashtin, LLP
>10 West Broad Street, Suite 2400
>Columbus, OH 43215

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in this motion/objection and may enter an order granting the relief.

Dated: September 17, 2024

Respectfully submitted,

*/s/ Eric W. Goering*
Eric W. Goering, #0061146
Robert A. Goering, # 0003884
Alexis Mize, #0090723
GOERING & GOERING, LLC
220 West Third Street
Cincinnati, Ohio 45202

*Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I, Eric Goering, hereby certify that on September 17, 2024, a true and correct copy of the Debtor's *Application for an Order Authorizing and Approving Employment of Ryan F. Hemmerle* was served via the court's Electronic Case Filing System on all entities and individuals who are listed on the court's Electronic Mail Notice List and via first class mail on September 17, 2024 to the parties listed below and on the attached mailing list.

Ryan F. Hemmerle
Strauss Troy
150 E. 4th Street #4
Cincinnati, Ohio 45202

Haney, Inc.
5657 Wooster Pike
Cincinnati, OH 45227

Dated: September 17, 2024                                Respectfully submitted,

*/s/ Eric W. Goering*
Eric W. Goering, #0061146
Robert A. Goering, # 0003884
Alexis Mize, #0090723
GOERING & GOERING, LLC
220 West Third Street
Cincinnati, Ohio 45202
*Counsel for the Debtor*