**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: February 27, 2025**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| In re: | : | Case No. 24-11405 |
|    Haney, Inc., | : | Judge Beth A. Buchanan |
| | : | |
|    Debtor. | : | Chapter 11, Subchapter V |

### ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF SUBCHAPTER V TRUSTEE (DOC. 130)

This matter comes before the Court on the *First and Final Fee Application of Subchapter V Trustee* (the "Application") (Doc. 130) filed by James A. Coutinho, the subchapter V trustee in this case (the "Applicant"). Through the Application and pursuant to 11 U.S.C. § 330, Fed.R.Bankr.P. 2016 and LBR 2016-1, the Applicant seeks an award of compensation earned for the period of June 24, 2024, to January 21, 2025 (the "Application Period"). The Applicant seeks fees during the Application Period in the amount of $6,500.00 and reimbursement of expenses in the amount of $352.02 for a total of $6,852.02 (the "Compensation Amount").

The Application was served on the Debtor, counsel for the Debtor, the Office of the United States Trustee, and all creditors and parties in interest. The time for filing an objection to the Application has lapsed and no objection has been filed.

Based on the matters contained in the Application, proper service of the Application having been completed, and no objections to the Application having been filed, the Court finds that the Application is well-taken and it is approved. The Court further finds that all services provided by the Applicant were actual and necessary, that the Compensation Amount is reasonable, and that the claim of the Applicant is entitled to administrative claim priority under 11 U.S.C. § 503(b).

It is therefore ORDERED as follows:

1.   The Applicant is awarded the Compensation Amount as final compensation under 11 U.S.C. § 330.

2.   The Debtor shall pay the Applicant the Compensation Amount in accordance with its confirmed plan.

SO ORDERED.

SUBMITTED BY:

/s/ James A. Coutinho
James A. Coutinho     (0082430)
Allen Stovall Neuman & Ashton LLP
10 W. Broad St., Ste. 2400
Columbus, OH 43215
T: (614) 221-8500     F: (614) 221-5988
coutinho@asnalaw.com
*Subchapter V Trustee*

Copies to Default List.